# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA M. WALKER, | CASE NO.   1:10-cv-1894 LJO SKO |
| Plaintiff pro se, | ORDER DENYING MOTION FOR DEFAULT |
| | (Doc. 12) |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

On March 16, 2011, Plaintiff filed a "motion/order of default," alleging that the Defendant did not file an answer to her complaint. (Doc. 12.) Plaintiff is not entitled to entry of default at this time because the answer is not yet due. The Court's scheduling order directed: "Within one hundred twenty (120) days after service of the complaint, respondent shall serve a copy of the administrative record on appellant and file it with the court. The filing of the administrative record shall be deemed an answer to the complaint." (Doc. 5 ¶ 2.)

//
//
//
//
//

1     Plaintiff did not complete service until December 30, 2010. (Doc. 11.) Therefore, pursuant to the scheduling order, the Government is not required to answer Plaintiff's complaint until April 29, 2011, which is 120 days following service of the complaint. *See* Fed. R. Civ. P. 6(a)(1)(C). Accordingly, Plaintiff's motion for entry of default is DENIED.

IT IS SO ORDERED.

**Dated:**    **March 18, 2011**                           **/s/ Sheila K. Oberto**
                                                                  UNITED STATES MAGISTRATE JUDGE