# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA WALKER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　Defendant.<br>_____ | Case No.: 1:10-cv-01894-LJO-SKO<br><br>**ORDER TO SHOW CAUSE** |

　　　　Plaintiff Gloria Walker ("Plaintiff") filed a complaint against the Commissioner of Social Security ("Defendant") on October 12, 2010. Plaintiff is proceeding *in forma pauperis* and without counsel. Pursuant to the scheduling order issued on October 14, 2010, Defendant served the Social Security Administrative Transcript on Plaintiff on April 29, 2011. (Doc. 17.)

　　　　Following service of the Administrative Transcript and pursuant to the scheduling order, Plaintiff was required to serve on Defendant a confidential letter brief within 30 days from the date of service of the transcript, i.e., on or before June 1, 2011. In response to Plaintiff's confidential letter brief, Defendant was to serve on Plaintiff a confidential letter brief on or before July 11, 2011. The parties were to file a motion for remand within 15 days after Defendant served a confidential letter brief if the parties agreed to a remand. If the parties **did not** agree to a remand, Plaintiff was to **file** her opening brief with the Court within 30 days after Defendant served the confidential letter brief. Accordingly, the last date for Plaintiff to file an opening brief was August 15, 2011.

On August 15, 2011, Plaintiff failed to timely file an opening brief with the Court; no opening brief has been filed to date.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall **either**:

    A. SHOW CAUSE, by filing a written statement, why her case should not be recommended for dismissal for failure to comply with the Court's scheduling order; **or**

    B. File an opening brief **on or before September 7, 2011**; and

2. Defendant shall file a status report **on or before August 30, 2011,** informing the Court whether the confidential letter briefs were served and the dates on which that service was accomplished.

IT IS SO ORDERED.

**Dated:   August 23, 2011**           /s/ Sheila K. Oberto
                                       UNITED STATES MAGISTRATE JUDGE

2